UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-22-F10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOWANNA LAQUETTA BROWN | ) | |
| Defendant. | ) | |

On September 5, 2005, Jowanna Laquetta Brown ("Brown") was sentenced to 78 months imprisonment and 3 years supervised release. Brown has completed her term of imprisonment and is currently on supervised release. Brown requests that the court grant permission for an early discharge from her supervised release. Brown's supervising probation officer has reviewed her request and finds that Brown is no longer in need of supervision based on her compliance with the rules and regulations of her supervised release. Therefore, Brown's request for early discharge from supervised release is ALLOWED.

SO ORDERED.

This, the 29th day of September, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge